■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERMAN DE LA PAZ-CABRERA, Appellant. [778 NYS2d 340]—Appeal from a judgment of the Oneida County Court (Michael E. Daley, J.), rendered April 17, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Pine, Wisner and Lawton, JJ.